**EUREKA CEREAL BEVERAGE CO., Inc., v. PENNINGTON, Prohibition Adm'r, et al.**

No. 5097.

Circuit Court of Appeals, Third Circuit.
Aug. 16, 1933.

Sidney Simandl, of Newark, N. J. (Harold Simandl, of Newark, N. J., of counsel), for appellant.

Harlan Besson, U. S. Atty., of Trenton, N. J. (by Samuel Cohen, of Newark, N. J.), for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

Apart from the failure of the plaintiff in this bill to make the commissioner a party [see opinion of this court in Chamberlain v. Lembeck, 18 F.(2d) 408], the year covered by the permit here involved had expired before this case was argued before this court, and the questions involved were then academic.

Accordingly, the appeal is dismissed.